DISC-001259