

DISC-001289