Hanes

