

DISC-001208