

DISC-021274



DISC-021275

Plazald 101400 Laneld 3 Lane Type 11 Timestamp 7/26/2017 2:14:55 AM UTC OCR DHHR13 USA\_FL Plate Conf 961 State Conf 815



DISC-021276



DISC-021277