

17-0137
#1

# NIBIN HCSO

**U.S. Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**

## Evidence Identification Tag

---

### DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767045-17-0137 | RETAINED FOR EVIDENCE | 8/21/2017 | 000001 |

**DESCRIPTION OF PROPERTY**
FIREARM: HANDGUN, MNF: HECKLER AND KOCH, TYPE: PISTOL, MODEL: HK45. CAL: 45, FIN: BLACK, SN: 216-006634

**LOCATION RECOVERED FROM**
Jimmy's Sports Lounge
1200 Clearwater Largo RD,
Largo       FL   33770-

**PERSON RECOVERED FROM**
GUINTO, Allan

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
| [signature] | 08/21/2017 |
| [signature] | 8/28/17 |
| [signature] MA20655 | 10/04/17 |

**BAR CODE INFORMATION**
2042720

**SPECIAL INSTRUCTIONS/REMARKS**
with one (1) magazine

A5

20170310600
KNW

ATF Form 3400.11
Revised November 2004

(over)





Case 8:18-cr-00234-MSS-SPF   Document 384-146   Filed 08/12/19   Page 4 of 6 PageID 1854





