L009000037892
TRAUMA, ZULU7892
01/01/18 U 99
REG,ONLY
PRE ER

Chain of Custody Continuation
Name: Date: 7/30/18
Reason:
Name: Date:
Reason:
Name: Date:
Reason:
Name: Date:
Reason:
Name: Date:
Reason:
Chain of Custody Continuation
DEPARTMENT OF JUSTICE
EVIDENCE IDENTIFICATION LABEL
A5
HS630675-1
ARTICLE TAG
OTHER ITEMS (MISCELLANEOUS)
Desc: 1 PROJECTILE FROM BODY OF VICTIM
EVIDENCE

Chain of Custody Continuation
BIOHAZARD
Officer: Dawson, Amy
Report Date: 07/26/2017
EVIDENCE
OTHER ITEMS (MISCELLANEOUS)
DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
EVIDENCE IDENTIFICATION LABEL