Exhibit 202 -096



Exhibit 202 -097



DISC-006912

Exhibit 202 -098



Exhibit 202 -099



Exhibit 202 -100





DISC-006916

Exhibit 202 -102



Exhibit 202 -103



Exhibit 202 -104



DISC-006919



DISC-006920



Exhibit 202 -107



Exhibit 202 -108



Exhibit 202 -109



Exhibit 303-150



Exhibit 202 -11



Exhibit 202 -112



Exhibit 202 -113



DISC-006928

Exhibit 202 -114



DISC-006929

Exhibit 202 115



Exhibit 202 - 116





DISC-006932

Exhibit 202 -118



Exhibit 202 -119



Exhibit 202 -120



DISC-006935

Exhibit 202 -121



Exhibit 202 -122



DISC-006937

Exhibit 202 -123



Exhibit 202 -12A



Exhibit 202 -125

Exhibit 202-126



Exhibit 202-127



Exhibit 202-128



DISC-006943

Exhibit 202 -129



Exhibit 202 -130



Exhibit 202 -131



DISC-006946

Exhibit 202 -132



Exhibit 202 -133



Exhibit 202 -134



DISC-006949

Exhibit 202 -135

Exhibit 202 -136



Exhibit 207-137



DISC-006964

Exhibit 202-158



DISC-006965

Exhibit 202-138



Exhibit 202 -140



Exhibit 202 -141



DISC-006968

Exhibit 203-112



DISC-006969

Exhibit 202 -143





DISC-006971

Exhibit 202-148



DISC-006972

Exhibit 202 - 146



DISC-006973



DISC-006974

Exhibit 202-148



DISC-006975

Exhibit 202-149

