**U.S. Department of Justice**
Bureau of Alcohol, Tobacco,
Firearms and Explosives

# Evidence Identification Tag

1. Case Number | 2. Date

3.

5.

6.

7.

8.

9.

10.

## DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
| --- | --- | --- | --- |
| 767045-18-0031 | RETAINED FOR EVIDENCE | 12/21/2017 | 000001 |

**DESCRIPTION OF PROPERTY**
FIREARM: HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: 36, CAL: 45, SN: HVG723

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
| --- | --- |
| GUINTO's girlfriend's residence<br>6800 N 13th ST,<br>St. Petersburg FL 33702- | GUINTO, Allen |

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
| --- | --- |
| [signature] | 12/22/17 |
| [signature] | 12/22/17 |
| [signature] | [illegible] |

**BAR CODE INFORMATION**

2087800

**SPECIAL INSTRUCTIONS/REMARKS** 17A0386(1- [illegible] 12/22/17

ATF Form 3400.11
Revised November 2004

(over)

GLOCK 36 AUSTRIA .45 Auto
GLOCK
U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
Evidence Identification Tag
1. Case Number
2. Date
3.
5.
6.
7.
8.
9.
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
EVIDENCE IDENTIFICATION LABEL
CASE NUMBER
ACTION
EVIDENCE
CUST DATE
12/21/2017
EXH #
000001
PROPERTY
MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: 36, CAL: 45,
LOCATION RECOVERED FROM
girlfriend's residence
13th ST,
FL 33702-
PERSON RECOVERED FROM
GUINTO, Allen
CHAIN OF CUSTODY
SIGNATURE
DATE
12/22/17
SIGNATURE
DATE
12/22/17
SIGNATURE
17A0386
DATE
9/1/19
BAR CODE INFORMATION
2087800
SPECIAL INSTRUCTIONS/REMARKS
17A0386(1)-1
12/22/17
Revised November 2004
(over)

GLOCK
36
AUSTRIA
.45 Auto
GLOCK
U.S. Department of Justice
Bureau of Alcohol, Tobacco,
Evidence Identification Tag
2. Date
1. Case Number
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
EVIDENCE IDENTIFICATION LABEL
CASE NUMBER
767045-18-0031
ACTION
RETAINED FOR
EVIDENCE
CUST DATE
12/21/2017
EXH #
000001
TYPE: PISTOL, MODEL: 36, CAL: 45,

HVG723
HVG723
MADE IN AUSTRIA
GLOCK, INC., SMYRNA, GA
Evidence

HVG723



