

SHOOTING OF A PERSON

17-49652

TYPE OF OFFENSE     CASE NUMBER

12/22/17   2115   M. MACALUSO

DATE    TIME     PHOTOGRAPHER / LIFTED BY

INITIAL AND INDICATE EXACT LOCATION OF EACH LATENT LIFTED ON OPPOSITE SIDE

@ F.S5       PASCO SHERIFF'S OFFICE

PSO# 3-0066   (REV. 9/06)

DISC-007122

Exhibit 210 -002



Exhibit 210 -003



Exhibit 210 -004

Exhibit 210 -005



Exhibit 210 -006



Exhibit 210 -007



DISC-007138

Exhibit 210 -008

Exhibit 210 -009



DISC-007141



DISC-007142

Exhibit 210 -012



Exhibit 511-013



Exhibit 210 -014

Exhibit 210 -015



Exhibit 210 -016



DISC-007147

Exhibit 210-017



DISC-007148

Exhibit 212-018





DISC-007153



DISC-007154

Exhibit 210 -021



Exhibit 210-022



Exhibit 210 -023



Exhibit 210 -024



Exhibit 210 -025



Exhibit 210 -026



Exhibit 210 -027





DISC-007162

Exhibit 210 -029



Exhibit 210 -030



Exhibit 210-031



Exhibit 210 -032



Exhibit 210 -033



Exhibit 210 -034



Exhibit 210 -035



Exhibit 210 -036



Exhibit 210 -037



Exhibit 210 -038



PASCO SHERIFF'S OFFICE

OPPOSITE SIDE

INITIAL AND INDICATE EXACT LOCATION OF EACH LATENT LIFTED ON

| DATE | TIME | PHOTOGRAPHER / LIFTED BY |
| 12/22/17 | 2115 | M. MACALUSO |

| TYPE OF OFFENSE | CASE NUMBER |
| SHOOTING OF A PERSON | 17-49652 |

DISC-007173



DISC-007174

Exhibit 210 -041



DISC-007175

Exhibit 213 -342



Exhibit 210 -043

Exhibit 210 -044



Exhibit 210 -045

Exhibit 210 -046





DISC-007183

Exhibit 210 -048

DISC-007186



Exhibit 210 -049

DISC-007187



DISC-007188



Exhibit 210 -052





DISC-007198

Exhibit 210 -054





Exhibit 210 -056

Exhibit 210 -057





DISC-007212



DISC-007213

Exhibit 210 -061





DISC-007215

Exhibit 210 -063

