

**HOMICIDE** — TYPE OF OFFENSE

**17·49052** — CASE NUMBER

**12·22·17** — DATE    **1408** — TIME

**CRIDER** — PHOTOGRAPHER

**PASCO SHERIFF'S OFFICE**

PSO# 30066  (REV. 10/15)

Exhibit 211-002



DISC-008402

Exhibit 211-003



DISC-008497

Exhibit 211-004



DISC-008403



DISC-008404

Exhibit 211-006

DISC-008412



Exhibit 11-007



Exhibit 211-008

DISC-008413

Exhibit 211-009



DISC-008425

Exhibit 211-010



Exhibit 211-011



Exhibit 213-012



DISC-008438

Exhibit 211-013



Exhibit 211-014



Exhibit 211-015

DISC-008486



Exhibit 211-016

DISC-008506



Exhibit 211-017



Exhibit 211-018



Exhibit 211-079



DISC-008507



DISC-008514

Exhibit 211-021

Exhibit 211-022



Exhibit 211-023



Exhibit 211-024



Exhibit 211-025



Exhibit 211-026





DISC-008534

Exhibit 211-028



Exhibit 211-029

DISC-008913



Exhibit 211-030

Exhibit 211-031



Exhibit 211-032



Exhibit 211-033



Exhibit 211-034



Exhibit 211-035



DISC-008553

Exhibit 211-136



DISC-008554

Exhibit 211-037



DISC-008560

Exhibit 211-038



Exhibit 211-038



Exhibit 211-040



Exhibit 211-041



DISC-008572

Exhibit 211-042



Exhibit 211-043

DISC-008582



Exhibit 211-044

DISC-008584



Exhibit 211-045

DISC-008585



Exhibit 211-046

DISC-008586



Exhibit 211-047



Exhibit 211-048



Exhibit 211-049



Exhibit 211-050



Exhibit 211-051



DISC-008592

Exhibit 211-052



Exhibit 211-053



Exhibit 211-054



Exhibit 211-055



Exhibit 211-056

DISC-008619



Exhibit 211-057

DISC-008620



Exhibit 211-058

DISC-008627



Exhibit 211-059

DISC-008628



Exhibit 211-060



Exhibit 211-061



DISC-008636

Exhibit 211-062

DISC-008639



Exhibit 211-063



DISC-008640

Exhibit 211-064



Exhibit 211-065



Exhibit 211-066

DISC-008646



Exhibit 211-067



Exhibit 211-068



DISC-008648

Exhibit 211-069





Exhibit 211.071



Exhibit 211-072



Exhibit 211-073



Exhibit 211-074



DISC-009010

Exhibit 211-075



Exhibit 211-076

DISC-008652



Exhibit 211-078



Exhibit 211-079



Exhibit 211-080



Exhibit 211-381



DISC-008663

Exhibit 211-082



Exhibit 211-083





DISC-008666

Exhibit 211-085



Exhibit 211-086



Exhibit 211-087





DISC-008739

Exhibit 211-089

DISC-008725



Exhibit 211-090





DISC-008727

Exhibit 211-092



Exhibit 211-093





DISC-008722

Exhibit 211-095

DISC-008745



Exhibit 211-096



DISC-008746

Exhibit 211-097





DISC-008747

Exhibit 211-099

DISC-008787



Exhibit 211-100



Exhibit 211-101



Exhibit 211-102



Exhibit 241-103



DISC-008748

Exhibit 211-104



DISC-008786

Exhibit 211-156



DISC-008754

Exhibit 111-106



Exhibit 211-107



Exhibit 211-108



Exhibit 211-109



Exhibit 211-110



Exhibit 211.111



Exhibit 211-112



Exhibit 211-113



Exhibit 211-114



Exhibit 211-115



Exhibit 211-116



Exhibit 211-117



Exhibit 211-118



DISC-008794

Exhibit 211-119



DISC-008795

Exhibit 211-120

DISC-008776



Exhibit 211-121



Exhibit 211-122





DISC-008775



DISC-008779

Exhibit 117_125



Exhibit 211-126



DISC-008822

Exhibit 211-127

DISC-008827



Exhibit 211-128





DISC-008835

Exhibit 211-130



DISC-008836

Exhibit 211-131



Exhibit 111-132



DISC-008838

Exhibit 211-133



Exhibit 211.134



Exhibit 211-135





Exhibit 211-137



DISC-008843

Exhibit 211-138



DISC-008844

Exhibit 211-139



Exhibit 211-140



Exhibit 211-141



Exhibit 211-142



DISC-008999

Exhibit 211-143

