

Exhibit 212-001

Exhibit 212-002

```
331  NFE  1141917I
MENCHER MICHAEL D
3561 NW 88TH DR APT 203
CORAL SPRINGS FL 33065-185
BC: 33065185153         *4140-00
```







Exhibit 212-005

From: Mencher
1423 Pine Glen tr. G3
Tarpon Springs, Fl. 34688
Zip: 34688

APT # 7.

To: Michael Mencher
2601 Rock Island Rd.
Margate Fl. 33065

$4.11 US POSTAGE FIRST-CLASS
071S01117240
34655
000004731

USPS TRACKING #

