# SR 54
## SUNCOAST PARKWAY (SR 589)

REV 11



IMAGE DATE: 2016





**SB-ON (WEST PLAZA)**
**PLAZA ID 001321 (LEGACY)**

**NB-OFF (EAST PLAZA)**
**PLAZA ID 001321 (LEGACY)**

M.P. - 19

S - 115

DISC-021203