

# Suncoast Parkway (SR 589)

**FDOT**

**FLORIDA'S TURNPIKE**

$0.00   SunPass*Toll Rate
$0.00   Cash Toll Rate
█████   Toll Plaza
◇ △   Interchange With Toll Collection

◇ △   Interchange With No Toll Collection
━━━   Existing Turnpike System Facility, Suncoast Parkway
━━━   Existing Turnpike System Facility
━━━   Interstate Highway

────   Arterial
────   Other Road
- - - -   County Boundary

Sources: NAVTEQ 2016
Florida's Turnpike Enterprise, 2016

DISC-021348   M13

Map labels:
55 U.S. 98
53 Oak Hammock Plaza $1.06 $1.25
46 S.R. 50 $0.26 $0.50
41 Spring Hill Dr.
37 C.R. 578 (County Line Rd.) $0.26 $0.50
31 Spring Hill Plaza $1.06 $1.25
27 S.R. 52
21 Anclote Plaza $1.06 $1.25
19 S.R. 54 $0.26 $0.50
16 Lutz-Lake Fern Rd.
14 Van Dyke Rd. $0.26 $0.50

Suncoast Parkway
TOLL 589
Veterans Expressway

GULF OF MEXICO

Counties: CITRUS, SUMTER, HERNANDO, BROOKSVILLE, PASCO, DADE CITY, HILLSBOROUGH, PINELLAS, PORT RICHEY, NEW PORT RICHEY, WEEKI WACHEE, TARPON SPRINGS, TAMPA

*Suncoast
Parkway*

**TOLL
589**

16 Dale Mabry Hwy.

685A

*Van Dyke Rd.*

*Gunn Hwy.*

13 Suncoast Parkway

N

Miles
0        1        2

597

12 Hutchison Rd. `$0.53` `$0.79`

*Ehrlich Rd.*

11 Sugarwood Plaza `$0.79` `$1.06`

10 Ehrlich Rd.

*Race Track Rd.*

*Veterans
Expressway*

Fletcher Ave.

`$0.26` `$0.53` 9 Gunn Hwy.

HILLSBOROUGH

589

*Gunn Hwy.*

587

*Anderson Rd.*

8 Wilsky Blvd. `$0.53` `$0.79`

Linebaugh Ave.

7 Linebaugh Ave.

Busch Blvd.

580

6 Anderson Plaza `$1.06` `$1.32`

`$1.06` `$1.32` 6B Anderson Rd.

Waters Ave.

584

`$0.53` `$0.79` 6A Waters Ave.

N Florida Ave.

N Nebraska Ave.

41

*Shelton Rd.*

*Hanley Rd.*

*W Sligh Ave.*

**TOLL
589**

580

92

`$0.26` `$0.53` 4 Hillsborough Ave.

Hillsborough Ave.

275

*OLD
TAMPA
BAY*

576

Dr. Martin Luther King Jr. Blvd.

3 Memorial Hwy.

Tampa
International
Airport

2B Independence Pkwy.

*Courtney Campbell Cswy.*

60

2A Clearwater (S.R. 60 West)

Columbus Dr.

*Dale Mabry Hwy.*

*N Armenia Ave.*

TAMPA

275

4

---

# Veterans Expressway (SR 589)



FLORIDA'S
TURNPIKE

| | |
|---|---|
| `$0.00` | SunPass® Toll Rate |
| `$0.00` | TOLL-BY-PLATE® Toll Rate |
| ///// | Toll Plaza (All-Electronic) |

◇ △  Interchange With Toll Collection

◇ △  Interchange With No Toll Collection

Existing Turnpike System Facility, Veterans Expressway

Existing Turnpike System Facility

Other Toll Road

Interstate Highway

Arterial

Other Road

County Boundary

Sources: NAVTEQ 2016
Florida's Turnpike Enterprise, 2016



DISC-021349    M12