

DISC-021509

Exhibit 225-002



DISC-021556



ANDERSON, PAUL 5172165
12/22/17 NAP
Exhibit 225-003
DISC-021557



Exhibit 225-004

ANDERSON, PAUL 5172165
12/22/17 NAP

DISC-021558

Exhibit 225-005



DISC-021559

Exhibit 225-006



Exhibit 225-007



5172165

Exhibit 225-008



DISC-021562



Exhibit 225-010



DISC-021564



DISC-021565



DISC-021566

Exhibit 225-013



Case No.   **5172165**   Date Collected **12/22/17**
Name       **Anderson , Paul**
Pathologist **NOEL PALMA, MD, ME**

PROJECTILE

DISC-021567