

PLASTIC SHOTGUN SHELLS

**WINCHESTER® Western®**

SUPER X

5  12 GA. - 2¾"
MAX. LOAD
00 BUCK (12 PELLETS)
MAGNUM SUPER
BUCKSHOT LOADS

**WARNING: Keep out of Reach of Children**
See All Warnings on top flaps before use.

WARNING: Wear proper hearing protection. Repeated exposure to gunfire can

