Exhibit 305-001



Exhibit 305-002



Exhibit 305-003



Exhibit 305-004



Exhibit 305-005



Exhibit 305-006



Exhibit 305-007



Exhibit 305-008



Exhibit 305-009



Exhibit 305-010



Exhibit 305-011

Case 8:18-cr-00234-MSS-SPF    Document 384-182    Filed 08/12/19    Page 11 of 20 PageID 2485





Exhibit 305-013



Exhibit 305-014






(727) 815-2483





**Cosimano Christopher** was live.
Jul 11 at 6:55am

   





(727) 815-2483





Aug 24 at 4:51pm • 👥

   

‹       (i)

**(727) 815-2483**

Text Message
Today 12:16 AM

I'll be seeing you soon lol

Slider 1%er

727 815 2483



The "Next" Bitcoin ❯

**Deputies: Pasco shooting death was targeted**

Deputies say two suspects on motorcycles allegedly pulled up to a vehicle, opened fire and shot the driver in a targeted shooting. Pasco County deputies say the motorcyclists are armed and dangerous. (Pasco County Sheriff's Office)

By Sean Daniels, Reporter | Thursday December 21, 2017, 9:30 PM

**PASCO COUNTY**
A man has been shot dead Thursday evening on one of the Bay Area's busiest roads at the height of rush hour traffic.

- Deputies say shooting death was targeted
- Victim was reportedly a gang member
- Motorcyclists allegedly pulled up on the victim

Pasco County deputies are investigating the shooting death that happened on the intersection of Suncoast Parkway and

    

Text Message

Exhibit 305-018

← **Google Play Newsstand**

shooting near the Suncoast Parkway Thursday night.

The shooting occurred the area of Suncoast Parkway and State Road 54.



Advertisement



Struggling to
**LOSE
WEIGHT?**
There is hope.

Exhibit 305-019



01:34   ewsstand

the motorcycles. They plan to release

surveillance images of the bikes, which

have Nazi SS "cracker bolts" decals.

Anyone with information on the incident

should call the sheriff's office.





## Dog gone wild: Pasco pup bites FedEx deliveryman, Pasco deputy

12:16 am

A Pasco deputy suffered a dog bite while responding





 
Case 8:18-cr-00234-MSS-SPF   Document 384-102   Filed 08/12/19   Page 20 of 20
PageID 2494
Exhibit 305-020

Search



    

PLEASE SHARE THESE PHOTOS: The Pasco County Sheriff's Office sent these pictures of the motorcycles ridden by the two men suspected of killing a driver near the Suncoast Parkway. Let's get these guys off the streets before someone else gets hurt! on.wtsp.com/2pcXY5J







