

# Tampa Grand Opening 1/6/16

Exhibit 315-002



Exhibit 310-003



Exhibit 310.004



Exhibit 310-005



Exhibit 310-006



Exhibit 166.007



Exhibit 310-008



Exhibit 310-009

