

DISC-021183

Exhibit 402-002



DISC-021184