# 69'ers Motorcycle Club Constitution

All Charter Standards and Practices
Rules and Regulations

The 69'ers Motorcycle Club is run by the Chapter Officers collectively known as the "Council" The Council has the final say on all matters. The Council shall deal with all changes and or violations of this Constitution. The Council will meet twice a year. This document and all contents herein are to be referred to and followed by all Charters for the purpose of creating and maintaining standards and uniform codes of principal by which all members shall abide. Individual Charters will form a separate document called "bi-laws" which shall state individual regulations for the purpose adhering to specific rules relevant to their domain. Charter bi-laws shall be reviewed and approved by a Council vote at the end of the first bi-annual meeting.

**Section 1**
Charters

**Section 2**
Officers

**Section 3**
Members

**Section 4**
Club House

**Section 5**
Colors

**Section 6**
Prospects

**Section 7**
Meetings

**FOR YOUR EYES ONLY
DO NOT COPY OR DISTRIBUTE**

DISC-019767

**Section 1**
<u>Charters</u>
**Formation and Organization**

- Six members are required to form a Charter of which four shall be officers.
- No Charter shall be formed without the approval of the Council.
- The 69'ers Motorcycle Club, Inc. is a non-for-profit organization. Individual Charters will form a LLC or Limited Liability Corporation, which will report to the Club Accountant for the purpose of filing a single tax return at the end of each fiscal year.

**Section 2**
<u>Officers</u>
**Structure**

- President – Primary Officer and Representative responsible for the direction, promotion and preservation of the Chapter. He is required to attend all Council and high-level meetings.
- Vice President – Assumes Presidential duties when the President is unavailable. He is required to attend all Council and high-level meetings.
- Sergeant At Arms – Responsible for enforcing club policy at the discretion of the Primary Officer.
- Treasurer – Responsible for all Chapter financial matters such as collecting dues, paying bills and keeping records of donations and contributions.

**Responsibility**

- It is the responsibility of all officers to maintain their position with the highest level of respect for all members, property, family and employment.

**Accountability**

- All officers are required to attend the by-annual Council Meeting and be prepared to discuss their area of responsibility as it pertains to currant events, news, changes and matters of future operations.

2

## Section 3
### Members
- **Requirements**
  - To become a member you must be at least 18 years old, own an American made motorcycle, valid license and have accomplished at least 1 year as a satisfactory prospect and met the approval of all Chapter Members.
  - Once a unanimous vote is received a new member will be on probation for one year upon which time you may receive your Heart Patch.
  - No member may change Chapters without the full approval of the Council. All debts must be paid prior to consideration.
  - A member may retire in good standing with his colors with the full approval of the Council after 5 consecutive years of service to the Club. /0 years.
  - Any member who comes from another club must serve his full prospect time and release all patches, tattoos and related insignias regarding his former affiliation upon full acceptance into our club.

- **Non Officer Positions**
  - The Recording Secretary is responsible for keeping minutes of the meetings.
  - The Road Captain is responsible for all matters pertaining to Club rides.

- **Conduct**
  - There is no fighting among members. The Sergeant of Arms handles discipline and disputes are resolved within the chain of command.
  - Any member caught stealing from the Club or banging another member's old lady will be ejected from the club. Old ladies are off limits.

- **Discipline**
  - Any member who is kicked out of the club for any reason must attend a meeting to return all club property.

- **Growth**
  - It is every member's responsibility to help grow and maintain the integrity of the Club. If a member sponsors a prospect it is his responsibility to school him on all matters.

3

DISC-019769

**Section 4**
<u>Club House</u>
- **Requirements**
  - Each Charter must have a clubhouse suitable to host events meetings.
  - Doors and windows must be adequately secure.
  - Only members and prospects may have keys.
  - Alarm or surveillance systems are required.
- **Parties**
  - Each Chapter must have at least two parties a year.

*Members are required to do 2 mandatory runs per year.*

*Members must have bike and ride it.*

- **Mandatory Runs**
  - Each Chapter must have a mandatory up run in April. All members and prospects must have their bikes up and paperwork in order at this time.
  - Each Chapter must attend ~~[illegible]~~ every year.
- **Funerals**
  - In the event of a death of a member, all members of that Chapter must attend.
  - All arrangements must be made by that Chapter such as communications to Council members, burial and procession logistics.

**Section 5**
<u>Colors</u>
- **Vest**
  - All members are required to affix patches on black leather or black denim vests only.
  - No colors are worn in a cage except during funerals.
  - Nothing will be worn on the back of your vest except your colors.
  - Shirts with colors can be worn in summertime in place of your vest if you wish.
  - Wearing support shirts of any other club while wearing your colors is forbidden.
  - ~~[illegible]~~ memory patches may be affixed on either lower left or right front of your colors.
  - All patches will be affixed on your vest at all times regardless of rank.
- **Placement**

4

DISC-019770

- The top rocker shall be centered and no less than two inches from the collar of your vest.
- The MC shall be centered directly beneath and no less than one inch from the top rocker.
- The Wolf shall be centered and slightly tilted down.
- The bottom rocker shall be centered and no more than two inched from the Wolf. (As long as it can be visible while seated on your bike.)
- The Diamond shall be in front left (as close to the heart as possible).
- The Heart Patch shall be directly opposite the Diamond on the right.
- Your Crew or Charter patch shall be on the left over pocket area.

- **Rank and Insignia**
    - Rank patches shall be directly over your Crew or Chapter patch on the left over pocket area.
    - Insignia pins that are reflective of support of any other club are forbidden.

- **Retirement**
    - A member who has achieved the honor of retiring in good standing with his colors may wear his colors at his discretion to any events. A courtesy call to the local Charter President is all that is required.
    - A retired member is afforded all the honors in death, as is an active member.
    - A retired member may request to be reinstated with only the permission of the Council President of the local Chapter he wishes to serve.

**Section 6**
Prospects
- **Eligibility**
    - Prospects must be at least 18 years old.
    - Prospects can never been a member of law enforcement.
    - A member who wishes to sponsor must know a candidate prospect for at least one year.
    - A sponsor is responsible for the prospect.
    - A prospect must own a motorcycle and have a valid license.

5

DISC-019771

- Prospects must attend all meetings and club functions.
- Prospects must do anything a member tells him to do, that a member has done or is willing to do himself.
- All members of the Chapter must vote prospects on to full membership.
- The three-strike rule applies to any prospect that for whatever reason may need a leave of absence as long as he is in good standing with the Chapter.

### Section 7
### Meetings

- Attendance
  - All members and prospects must attend one weekly meeting.
  - A member must attend one meeting a week. Miss two meetings in a row and a fine equivalent of two weeks additional dues are levied.
  - Miss three meetings in a row and you loose your colors.
  - If a member misses a meeting where a vote is taken your vote is void.
- Dues
  - The Chapter Treasurer takes dues at the beginning of every meeting.
  - Any member who falls behind in his dues for more than two weeks will be find an additional weeks dues until his obligations are met.
- Fines
  - Fines are payable within one week of their notice.

*All members and prospects will wear colors to meetings. Fines will be applied to all members and prospects that do not ride to meetings from April 1st til Sept. 1st, excuses will be discussed at meeting. . As of April 1st All Members must have their bikes up and running, if not the wolf patch will be taken off.*

*Phone call if late or not coming to meeting(call father and club), before time of meeting.*

*Members shall not discuss club business with Citizens. What's said in the house stays in the house. Members will not drink before or during meetings.*

6

DISC-019772



Sectiow 6
Prospects

69ersmc.com

Members or prospects behind bar only.

If member is drunk, he will not be allowed to ride til they get sober.

Members will pay bar tab at end of every month $20.00 maximum

~~Prospects must have motorcycle and ride to meetings & club~~

Prospects must not drink or do drugs.

A member must not ask a prospect to do anything that he would not do himself. No stealing from prospects, sponsor responsible for prospect.

Prospect will check in with sponsor once a week.

Prospect must be sponsored by a member that's been in the club for a year minimum.

Sponsor responsible for prospect, if you have comments talk to the Club Father.

Club must be open on Fridays.

If member breaks something = must fix or replace. If it's not yours don't fuck with it.



### 69ersmc.com

*Members are responsible for own mess. No fucking maid service. Club must be clean at all times. Mop and sweep, hallway, front of club(outside), BATHROOM a must. Bar must be wiped down, liquor bottles put neatly.*

*Members are responsible for locking up and turning off lights and heat. Strict financial accountability.*

*No ripping off associates of the club, so not to reflect on club image.*

*Sloppiness will not be tolerated.*

*Late payment on dues = 1 week bar duty, work bar that weekend. Clubhouse must be open 6 days a week.*

*Member are responsible for bar on his night.*

*No prospect is to go to bar or club without a full color member accompanied by him.*

DISC-019774



## REGULATOR PATCHES

After a member earns the patches it cannot be taken away. The patches cannot be given away, they must be earned.

Club must rely on members for support, usually time and money.

If everyone pitches in a little it takes the burden off of the few.

## BROTHERHOOD EXISTS
AS LONG AS ONE HAS HEART, RESPECT,
CLASS AND PRIDE TO STAND UP AND TAKE
CARE OF HIS BROTHER!

DISC-019775