Proper
Preparation
Prevents
Poor
Performance

<u>Mandatory</u>

1- Required or comanded by Authority

2- Obligatory

3- Having the nature of, or containing a mandate.

DISC-010133

First priority to any member is his love and respect for his Patch & club. They both merit the same loyalty and you better be prepared to lay your life and/or freedom down for it.

This is an OUTLAW 1%er CLUB. Know what you are a Part of. You must know your enemy better than you know your freinds. Your life and the life of your brother may depend on it. Be prepaired for war at all times. There is no room for ego's or any one man's pride. You must be your brothers keeper at all times.

### Code of Conduct

RESPECT THE PATCH!
The Patch is First. Not the Patch Holder.
Respect your officers.
Respect chain of comand. Always. "SAA, VP, Prez"
No one but officer is to discuss club business with outsiders.
Respect your Brother.
NO ONE is to EVER ARGUE WITH YOUR BROTHER IN PUBLIC!
NO FIGHTING AMONGS BROTHERS EVER!
You are your Brothers keeper. Right or Wrong he is your Brother!
Treat and respect your Brother as you want him to treat you.
Go in as one, leave as one
One Brother has a problem, we all own that problem.
Must carry self with Respect, Pride and Dignity at all times.
All social media pages controled and approved by Prez.
All incidents reported to sgt. forthwith.
All consequences will be imposed by Prez

DISC-010134

### Sgt-At-Arms

sits at the left hand of the charter table.
Club enforcer.
maintains order in the charter
Makes sure all orders are carried out.
In charge of all club security.
collects all club debts.
Must be fair, firm and consistent.
must put personal feelings aside when ruling.

### Treasurer

maintains all club books
collects all club funds
Pays all club bills.
Makes all Makes all club Purchases

### Secretary

collects all club information.
maintains all member information.
sets up all charter meetings.
Partner with Treasurer.

### Membership

Responsible for The Respect The Patch Recives.
Must respect his Brother, Brothers Family and Property.
Must follow all orders given by officers.
Must attend 2 major runs per year.
Must own an American Motorcycle.
Is responsible for recruiting new members

DISC-010135

### Prospect

Must own an American made motorcycle
Must Prospect for one year. One year probation.
Must have a sponsor
Cannot drink or do drugs
Must attend all churches, parties, runs, functions
Is always on call and available.
Must carry out all orders without question
Must pay all dues on time.
Must make 4 major runs to be patched in.
Must attend a function at every charter before is patched.
Must get 100% vote.

### Hang Outs

Are just that. Hang Outs.
Not allowed in any meetings
Must be around at least 6 months to be a prospect.

### Meetings

At least one meeting per week.
All meetings mandatory unless excused by officer.
No drinking before or during meetings
Must be on time
$25 fine for any meeting violation
Meeting must be conducted with respect and order.
No phones in meetings
Must wear patch to all meetings
Must ride bike to meetings April 1st to Dec 1st.

### Finances

Dues in by the last Friday of each month.
Behind on dues and you lose keys
No member behind on dues can become officer.
Every member is responsible for generating money for the Charter.
Books cleared first meeting of month. (Fines, bar debt, ect.)

### House Rules

Respect your house.
Every member is responsible for the upkeep and maintance of house.
You bring somebody. You own that person. Good or Bad.
Must always be secured.

### Runs/Riding

Always ride in formation. No matter if its 2 bikes or 20 bikes.
Officers always in the lead. Sgt closes the rear. Never pass any officers.
Keep tight line.
Watch your brother while on the road
3 mandatory out of state runs per year.
If someone gets pulled over, the rest of the pack gets off 2 exits down and pulls c
BIKES UP APRIL 1st! MANDATORY!!

### Transfers

All transfers must be sanctioned by both Presidents.
Member must be in good standing at present charter.
Must have all debts and finances in order before transfer to other chart

DISC-010137

## Officers

Officer is an officer wherever he stands
must conduct self as officer at all times.
must never give an order he is not willing to carry out himself.
must put club first and foremost at all times.
must put personal feelings aside when ruling.
must always use level head.
must be fair, firm and consistent.
must be on call 24/7.
must lead by example.

## Prez

Sits at the Head of His Charters Table.
Rules with an Iron Fist.
Must be fair, firm and consistent.
Makes sure all club business is handled correctly.
Must put Personal feelings aside when ruling.

## Vice Prez

Sits at the Right Hand of the Charter Table.
Fills in for Prez in his absence
Handles day to day business for Charter.
Makes sure all orders are properly delegated
must be fair, firm and consistent.
must put personal feelings aside when ruling.

DISC-010138