U.S. Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives

**Evidence Identification Tag**

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767045-18-0031 | RETAINED FOR EVIDENCE | 9/13/2018 | 000054 |

DESCRIPTION OF PROPERTY
VEHICLE TYPE: MOTORCYCLE, YR: 2004, MAKE: Harley Davidson, COL: Black,
TAG: 5540RX

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Home Address of: COSIMANO, Christop 7505 Riverview DR, Riverview    FL  33578- | COSIMANO, Christopher |

CHAIN OF CUSTODY

SIGNATURE _____    DATE _____

SIGNATURE _____    DATE _____

SIGNATURE _____    DATE _____

BAR CODE INFORMATION

2194101

SPECIAL INSTRUCTIONS/REMARKS

ATF Form 3400.11
Revised November 2004

(over)

DISC-021999

Exhibit 407-002



Exhibit 407-001



Exhibit 007-004



DISC-022002

Exhibit 467-003



Exhibit 407-006



Exhibit 407-007





DISC-022006

Exhibit 407-009



Exhibit 407-010



Exhibit 407-011





Exhibit 407-012

DISC-022010



DISC-022011

Exhibit 407-014



Exhibit 407-015





Exhibit 407-417



DISC-022015



DISC-022016

Exhibit 407-019



Exhibit 407-020



Exhibit 407-021





DISC-022020



DISC-022021



DISC-022022

Exhibit 407.025



Exhibit 407-026



Exhibit 407-027





Exhibit 407-029



DISC-022027

Exhibit 407-030



DISC-022028

Exhibit 407-031



DISC-022029

Exhibit 407.032



Exhibit 407-033



Exhibit 407-034





DISC-022033



Exhibit 407-037

