U.S. **Department of Justice**
Bureau of Alcohol, Tobacco,
Firearms and Explosives

**Evidence Identification Tag**

1. C

3.

## DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 767045-18-0031 | RETAINED FOR EVIDENCE | 9/13/2018 | 008050 |

5.

DESCRIPTION OF PROPERTY
VEHICLE: TYPE: MOTORCYCLE, YR: 2000, MAKE: Big Dog, COL: Bue, TAG:
PUNKN

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Home Address of: COSIMANO, Christoo 7505 Riverview DR. Riverview        FL 33578- | MENCHER, Michael |

6.

### CHAIN OF CUSTODY

| SIGNATURE | DATE |
|---|---|
7.

| SIGNATURE | DATE |
|---|---|
8.

| SIGNATURE | DATE |
|---|---|
9.

### BAR CODE INFORMATION

2194087

10.

SPECIAL INSTRUCTIONS/REMARKS

ATF Form 3400.11
Revised November 2004

(over)

DISC-021967

Exhibit 408-002



DISC-021968

Exhibit 408-003



DISC-021969

Exhibit 408-004



DISC-021970



Exhibit 408-005

DISC-021971



Exhibit 408-006

DISC-021972

Exhibit 408-007



Exhibit 408-008



Exhibit 408-009



DISC-021975

Exhibit 408-010



Exhibit 408-011





DISC-021978



DISC-021979

Exhibit 408-014



Exhibit 408-015



DISC-021981



DISC-021982

Exhibit 406-017



Exhibit 408-018




Exhibit 408-019
DISC-021985

Exhibit 408-020



DISC-021986

Exhibit 408-021



Exhibit 408-022



Exhibit 408-023





DISC-021990



DISC-021991



DISC-021992



DISC-021993



DISC-021994

Exhibit 408-029



Exhibit 408-030



DISC-021996



Exhibit 408-031

Exhibit 408-032



DISC-021998